IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **LATASSIE V. HURT,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CAROLYN W. COLVIN,** Acting )<br>**Commissioner of Social Security,** )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 5:14-CV-28 (MTT) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Charles H. Weigle to remand the Plaintiff's case to the Commissioner. (Doc. 15). The Magistrate Judge recommends remanding the case because the ALJ failed to articulate good cause for discounting the opinions of two treating physicians. The Commissioner has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the case is **REMANDED** to the Commissioner pursuant to "sentence four" of 42 U.S.C. § 405(g).

**SO ORDERED**, this 6th day of February, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT